ACCEPTED
12-14-00186-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/28/2015 5:01:17 PM
CATHY LUSK
CLERK

**ALLAN FISHBURN** — — *Attorney At Law* — —

211 N. Record
Suite 450
Dallas, Texas 75202
214-761-8170
allanfishburn@yahoo.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/28/2015 5:01:17 PM

CATHY S. LUSK
Clerk

July 9, 2015

CERTIFIED MAIL
RETURN RECEIPT REQUESTED 7015 0640 0000 0220 7158
Tommie Williams
TDC # 01937981
Robertson Unit
12071 FM 3522
Abilene, Texas 79601

Re: 12-14-00186-CR

Dear Tommie,

Please find enclosed a copy of the court's opinion in your case. Your conviction was affirmed.

The next step you may take is to file a "Petition for Discretionary Review."

An indigent defendant is given a free appeal lawyer for the direct appeal to the Court of Appeals. This means that you must now hire a lawyer or proceed pro se.

The rules for filing the petition are contained in the "Texas Rules of Court" beginning with Rule 68.1.

**NOTE:** Rule 68.2 requires the Petition to be filed within 30 days of the date printed on the first page of the enclosed opinion.

Best Regards,

Allan Fishburn
AF/dnb

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tommie Williams
Tdc # 01937981
Robertson Unit
12071 Fm 3522
Abilene, Tx. 79601

9590 9401 0010 5071 1267 78

2. Article Number (Transfer from service label)

7015 0640 0000 0220 7158

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Guardiola
☐ Agent
☐ Address

B. Received by (Printed Name)
C. Guardiola
C. Date of Delivery 7/15/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053
Domestic Return Receipt